MICHAEL J. BAYTOSH, State Bar No. 176189
**BAYTOSH LAW FIRM**
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Tel: (916) 631-1940
Fax: (916) 461-1125
Mike@Baytoshlaw.com

Attorneys for Plaintiff
RATIKA TYAGI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RATIKA TYAGI,<br><br>　　　　　　Plaintiff,<br>v.<br><br>JP MORGAN CHASE BANK, NATIONAL ASSOCIATION,<br><br>　　　　　　Defendant. | CASE NO.: 3:21-cv-00457-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP RULE 41(a)(1)(A)(i)** |

**TO THE HONORABLE COOURT AND ALL PARTIES AND COUNSEL OF RECORD:**

　　Plaintiff, Ratika Tyagi hereby voluntarily dismisses the entire action including all parties and claims pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i).  The voluntary dismissal is without prejudice pursuant to Rule 41(a)(1)(B).

Dated: February 23, 2021                                                         BAYTOSH LAW FIRM

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 　 /s/ Michael J. Baytosh
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　RATIKA TYAGI

Dated: 2/23/2021

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — GRANTED, Judge Edward M. Chen]